# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2019

## NO. 03-18-00495-CR

**The State of Texas, Appellant**

**v.**

**Pablo Daniel Calzada-Rodriguez, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order granting a motion to suppress evidence rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order granting a motion to suppress evidence. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.